UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1733 SVW (AGRx) | Date | June 30, 2009 |
|---|---|---|---|
| Title | Professional Pipeline Contractors, Inc. v. Federal Insurance Deposit Insurance Corp. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION

    Plaintiff brings this suit pursuant to 12 U.S.C. § 1821(d)(6).  Plaintiff alleges that the Court "has jurisdiction to determine the validity of a claim denied by [the] FDIC."  (FAC ¶ 6.)  Defendant points out, however, that 12 U.S.C. § 1821(d)(5)(E) bars review of the FDIC's decision of whether to allow a claim.  Plaintiff is therefore ORDERED to show cause why this suit should not be dismissed for lack of subject matter jurisdiction.

    The Court notes that in <u>Helm v. Resolution Trust Corp.</u>, 43 F.3d 1163 (7th Cir. 1995), the court discussed alternative means for bringing suit that might allow Plaintiff to obtain the relief it seeks.  Plaintiff shall address in its response to the OSC whether amending the complaint may cure any jurisdictional defects.  Plaintiff shall file its response to this OSC no later than July 7, 2009.  Defendant may file a response no later than July 13, 2009.

Initials of Preparer     PMC